## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                         Case Number:

General Electric Company (f/d/b/a GE Appliances Division), a
New York Corporation,
vs.
Guiney Delivery Service, Inc., an Illinois Corporation,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

General Electric Company (f/d/b/a GE Appliances Division), a New York Corporation

| | |
|---|---|
| NAME (Type or print) <br> Riccardo A. DiMonte | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Riccardo A. DiMonte | |
| FIRM <br> DiMonte & Lizak, LLC | |
| STREET ADDRESS <br> 216 West Higgins Road | |
| CITY/STATE/ZIP <br> Park Ridge, IL 60068 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6191706 | TELEPHONE NUMBER <br> 847-698-9600 / 847-698-9623 fax |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |