**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                         Case Number: 08 C 1618
GENERAL ELECTRIC COMPANY, (f/d/b/a GE APPLIANCES DIVISION)
v.
GUINEY DELIVERY SERVICE, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Guiney Delivery Service, Inc. (Defendant)

| | |
|---|---|
| NAME (Type or print) | |
| Thomas J. Hayes | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Thomas J. Hayes | |
| FIRM | |
| Ice Miller LLP | |
| STREET ADDRESS | |
| 2300 Cabot Dr., Suite 455 | |
| CITY/STATE/ZIP | |
| Lisle, IL  60532 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6280179 | 630-857-7616 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |