IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GENERAL ELECTRIC COMPANY,<br>(f/d/b/a GE APPLIANCES DIVISION),<br>a New York Corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>GUINEY DELIVERY SERVICE, INC.,<br>an Illinois Corporation,<br><br>      Defendant. | No. 08 C 1618<br><br><br><br><br><br>Magistrate Judge Keys<br>Judge Marovich |

## DEFENDANT GUINEY DELIVERY SERVICE, INC.'S
## UNOPPOSED MOTION TO EXTEND
## DEADLINE TO FILE RESPONSIVE PLEADING

NOW COMES Guiney Delivery Service, Inc. (hereinafter "Guiney"), and by and through its attorneys, ICE MILLER LLP, files its Unopposed Motion to Extend Deadline to File Responsive Pleading. In support thereof, Guiney states the following:

1. On March 20, 2008, Plaintiff filed its Complaint for breach of contract against Guiney. Guiney was served with the Summons and Complaint on April 4, 2008. Pursuant to Fed. R. Civ. P. 12, Guiney's deadline to file its responsive pleading is April 24, 2008.

2. Defendant requests an extension of this deadline to May 1, 2008. Plaintiff's counsel is unopposed to this Motion. By extending the response date, Defendant will be given reasonable opportunity in which to adequately reply to Plaintiff's Complaint. Further, an extension will cause no prejudice to Plaintiff.

3. Discovery has not commenced in this case. There is a case status set for May 6, 2008. This proposed extension will not alter this status date. No other extensions or continuances have been requested.

4. This Motion is not sought for purposes of delay but so that justice may be done.

WHEREFORE, Defendant, Guiney Delivery Service, Inc., respectfully requests that the Court grant this Motion, allowing Defendant until May 1, 2008 to file its responsive pleading.

Dated: April 23, 2008

Respectfully submitted,

GUINEY DELIVERY SERVICE, INC.

By: /s/ Thomas J. Hayes
     One of Its attorneys

Bart T. Murphy (#6181178)
Thomas J. Hayes (#6280179)
Ice Miller LLP
2300 Cabot Drive, Suite 455
Lisle, IL 60532
630.955.0555
630.955.0662 (facsimile)

C/65141.1