IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GENERAL ELECTRIC COMPANY,<br>(f/d/b/a GE APPLIANCES DIVISION),<br>a New York Corporation, | )<br>)<br>) |
|           Plaintiff, | )   No. 08 C 1618<br>) |
| vs. | )<br>) |
| GUINEY DELIVERY SERVICE, INC.,<br>an Illinois Corporation, | )   Magistrate Judge Keys<br>)   Judge Marovich<br>) |
|           Defendant. | ) |

## NOTICE OF MOTION

TO:  Riccardo A. DiMonte
   Liza B. Balistreri
   DiMonte & Lizak, LLC
   216 W. Higgins Road
   Park Ridge, IL  60068

PLEASE TAKE NOTICE that on **Tuesday, May 6, 2008**, at **10:30 a.m**., or as soon thereafter as this Motion may be heard, we shall appear before the Honorable George M. Marovich or whomever may be designated to sit in his stead, in Courtroom 1944-C of the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present **DEFENDANT GUINEY DELIVERY SERVICE, INC.'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING**, a copy of which is attached hereto and copies of which are hereby served upon you.

Respectfully submitted,

GUINEY DELIVERY SERVICE, INC.

By:  /s/ Thomas J. Hayes
   One of Its attorneys

Bart T. Murphy (#6181178)
Thomas J. Hayes (#6280179)
Ice Miller LLP
2300 Cabot Drive, Suite 455
Lisle, IL 60532
630.955.0555
630.955.0662 (facsimile)

C/65144.1

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, states that on the 23rd day of April, 2008, he electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notice and a copy of this document to the following:

  Riccardo A. DiMonte rdimonte@dimontelaw.com
  Liza B. Balistreri  lbalistreri@dimontelaw.com


        /s/ Thomas J. Hayes

C/65144.1