IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GENERAL ELECTRIC COMPANY, <br> (f/d/b/a GE APPLIANCES DIVISION), <br> a New York Corporation, <br>         Plaintiff, <br> vs. <br> GUINEY DELIVERY SERVICE, INC., <br> an Illinois Corporation, <br>         Defendant. | No. 08 C 1618 <br><br> Magistrate Judge Keys <br> Judge Marovich |

## NOTICE OF MOTION

TO:   Riccardo A. DiMonte
      Liza B. Balistreri
      DiMonte & Lizak, LLC
      216 W. Higgins Road
      Park Ridge, IL  60068

PLEASE TAKE NOTICE that on **Tuesday, May 6, 2008**, at **10:30 a.m**., or as soon thereafter as this Motion may be heard, we shall appear before the Honorable George M. Marovich or whomever may be designated to sit in his stead, in Courtroom 1944-C of the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present **DEFENDANT GUINEY DELIVERY SERVICE, INC.'S MOTION TO DISMISS, TRANSFER VENUE, OR STAY**, a copy of which is attached hereto and copies of which are hereby served upon you.

                                                  Respectfully submitted,

                                                  GUINEY DELIVERY SERVICE, INC.

                                                  By:  /s/ Thomas J. Hayes
                                                       One of Its attorneys

Bart T. Murphy (#6181178)
Thomas J. Hayes (#6280179)
Ice Miller LLP
2300 Cabot Drive, Suite 455
Lisle, IL 60532
630.955.0555
630.955.0662 (facsimile)

C/65447.1

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, states that on the 1st day of May, 2008, he electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notice and a copy of this document to the following:

Riccardo A. DiMonte   rdimonte@dimontelaw.com
Liza B. Balistreri      lbalistreri@dimontelaw.com


/s/ Thomas J. Hayes

C/65447.1