# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1618 | **DATE** | 6/13/2008 |
| **CASE TITLE** | GE vs. Guiney Delivery Service | | |

**DOCKET ENTRY TEXT**

Status hearing held. Counsel for Defendant appeared. Plaintiff to respond to Defendant's Motion to Dismiss by 7/7/08. Defendant's reply is due by 7/28/08. The Court will rule by mail. *AK*

Docketing to mail notices.

00:03;nfpc

| | | Courtroom Deputy Initials: | AC |
|---|---|---|---|