IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GENERAL ELECTRIC COMPANY, (f/d/b/a GE APPLIANCES DIVISION), a New York Corporation, | ) ) ) ) | No. 08 C 1618 |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| GUINEY DELIVERY SERVICE, INC., an Illinois Corporation, | ) ) ) | Magistrate Judge Keys Judge Marovich |
| Defendant. | ) | |

**NOTICE OF FILING**

To:   Bart T. Murphy
      Thomas J. Hayes
      Ice Miller, LLP
      2300 Cabot Dr., Suite 455
      Lisle Illinois 60532

   PLEASE TAKE NOTICE that on July 7, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois Eastern Division, 219 South Dearborn Street, Chicago, Illinois the **Plaintiffs' Response to Defendant's Motion to Dismiss, Transfer Venue or Stay**, a copy of which is hereby served upon you via electronic filing.

                                                       By:    /s/ Liza B. Balistreri
                                                              One of the Attorneys for Plaintiffs

Riccardo A. DiMonte
ARDC: 6191706
Liza B. Balistreri
ARDC: 6288990
DI MONTE & LIZAK, LLC
216 W. Higgins Road
Park Ridge, IL 60068
(847) 698-9600

**CERTIFICATE OF SERVICE**

   I, Liza B. Balistreri, an attorney, certify that on July 7, 2008, by 5:00 p.m., I caused this notice and **Plaintiffs' Response to Defendant's Motion to Dismiss, Transfer Venue or Stay**, to be served on above named counsel of record via the Court's electronic filing system.

                                                       By:    /s/ Liza B. Balistreri
                                                              One of the Attorneys for Plaintiffs