IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GENERAL ELECTRIC COMPANY, )<br>(f/d/b/a GE APPLIANCES DIVISION), )<br>a New York Corporation, )<br> )<br>　　　　　Plaintiff, )<br> )<br>vs. )<br> )<br>GUINEY DELIVERY SERVICE, INC., )<br>an Illinois Corporation, )<br> )<br>　　　　　Defendant. ) | No. 08 C 1618<br><br><br><br><br><br>Magistrate Judge Keys<br>Judge Marovich |

**NOTICE OF FILING**

TO:　Riccardo A. DiMonte
　　　Liza B. Balistreri
　　　DiMonte & Lizak, LLC
　　　216 W. Higgins Road
　　　Park Ridge, IL  60068

PLEASE TAKE NOTICE that on the 28th day of July, 2008, I electronically filed **DEFENDANT GUINEY DELIVERY SERVICE, INC.'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS, TRANSFER VENUE, OR STAY** with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system which will send notification of such filing to the following:

　　　Riccardo A. DiMonte　　　rdimonte@dimontelaw.com
　　　Liza B. Balistreri　　　　lbalistreri@dimontelaw.com

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　GUINEY DELIVERY SERVICE, INC.

　　　　　　　　　　　　　　　　By:  /s/ Thomas J. Hayes
　　　　　　　　　　　　　　　　　　　One of Its attorneys

Bart T. Murphy (#6181178)
Thomas J. Hayes (#6280179)
Ice Miller LLP
2300 Cabot Drive, Suite 455
Lisle, IL 60532
630.955.0555
630.955.0662 (facsimile)

C/68578.1

## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney, states that on the 28th day of July, 2008, he electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notice and a copy of this document to the following:

    Riccardo A. DiMonte rdimonte@dimontelaw.com
    Liza B. Balistreri   lbalistreri@dimontelaw.com


           /s/ Thomas J. Hayes

C/68578.1